**FILED**

**JAN 22 2024**

**THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SIKDER IMAM | Violations: Title 18, United States Code, Section 922(d); Title 21, United States Code, Section 841(a)(1)<br><br>1:24-cr-00039<br>Judge Mary M. Rowland<br>Magistrate Judge Jeffrey T. Gilbert |

## COUNT ONE

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

On or about February 10, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about February 24, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

### SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT THREE**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about March 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

## SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT FOUR**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about March 18, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

### SIKDER IMAM,

Defendant herein, did knowingly sell a firearm, namely, a Smith & Wesson, Model M&P Shield nine-millimeter pistol bearing serial number HXL3087, to Individual A, knowing and having reasonable cause to believe that Individual A had been convicted of a crime punishable by imprisonment for a term exceeding one year;

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT FIVE

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 6, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

## SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 7, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

### SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## **COUNT SEVEN**

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about April 19, 2022, at Chicago, in the Northern District of Illinois, Eastern Division,

### SIKDER IMAM,

defendant herein, did knowingly and intentionally distribute a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

On or about May 3, 2022, at Evanston, in the Northern District of Illinois, Eastern Division,

## SIKDER IMAM,

defendant herein, did knowingly and intentionally possess with intent to distribute a controlled substance, namely, five grams or more of methamphetamine (actual), a Schedule II Controlled Substance, one gram or more of a mixture and substance containing a detectable amount of lysergic acid diethylamide, a Schedule I Controlled Substance, a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, a quantity of a mixture and substance containing a detectable amount of marijuana, a Schedule I Controlled Substance, and a quantity of a mixture and substance containing a detectable amount of ketamine, a Schedule III Controlled Substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY